■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYTON E. HERRING, Appellant. [873 NYS2d 229]—Appeal from a judgment of the Niagara County Court (Angelo J. Morinello, J.), rendered August 17, 2007. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.